JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA D. ALVAREZ, | Case No. 2:20-cv-10132-FWS-JEM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| LOUIS DE JOY, Postmaster General, | |
| Defendant. | |

    On August 16, 2022, the court took the Motion for Summary Judgment (Dkt. 50) ("Motion") filed by Defendant Louis DeJoy ("Defendant") under submission and vacated the hearing on the matter set on August 18, 2022. (Dkt. 66). After full consideration of the papers, evidence, and authorities submitted by the parties, as well as any other relevant information in the court's files and/or filed with the court in connection with the Motion, the court issued an Order **GRANTING** summary judgment for Defendant on all causes of action and claims asserted against Defendant in the above-captioned case on December 20, 2022 (the "Order"). (Dkt. 69.) The court has considered the record, including the Order (Dkt. 69), Defendant's Proposed Judgment (Dkt. 70-1), and Plaintiff's Objection to Court's January 4, 2023, Order Granting Defendants' Motion for Summary Judgment (Dkt. 72). In accordance with the Order (Dkt. 69):

    1. Final Judgment is entered in favor of Defendant and against Plaintiff on all

claims asserted by Plaintiff against Defendant.

2. Any motion or application for costs made by Defendant must be filed in compliance with L. R. 54-2, *et seq*.

**IT IS SO ORDERED**.

DATED: January 20, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE